**COGBURN LAW OFFICES**
ANDREW L. REMPFER, ESQ.
Nevada Bar No. 8628
alr@cogburnlaw.com
LARSON A. WELSH, ESQ.
Nevada Bar No.  12571
lw@cogburnlaw.com
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
Tel: (702) 384-3616
Fax: (702) 943-1936
   Attorneys for Plaintiff TIMOTHY WEEKS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY WEEKS,<br><br>               Plaintiff,<br><br>        vs.<br><br>THE VENETIAN CASINO RESORT, a limited liability company; DOES I thru X, inclusive; ROE CORPORATIONS I thru X, inclusive,<br><br>               Defendants. | Case No: 2:11-cv-00540-PMP-CWH<br><br><br>**STIPULATION AND ORDER TO DIMSISS CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Timothy Weeks, an

individual and Defendant The Venetian Casino Resort hereby stipulate to the dismissal of all

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

claims in this case, with prejudice, with each party to bear its own fees, costs, and expenses.

Page 1 of 2

COGBURN LAW OFFICES
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
(702) 384-3616  FAX:(702) 943-1936

1

DATED: January 24, 2013                    DATED: January 24, 2013

2

COGBURN LAW OFFICES                    SANTORO WHITMIRE, LTD.

3

4

s/ Larson A. Welsh Esq.                    /s/ James Whitmire
Andrew L. Rempfer, Esq.                    James Whitmire, Esq.

5

Nevada Bar No. 8628                        Nevada Bar No. 6533
Larson A. Welsh, Esq.                      10001 Park Run Drive

6

Nevada Bar No. 12517                       Las Vegas, NV 89145
2879 St. Rose Parkway, Suite 200           Attorneys for Defendant

7

Henderson, NV 89052                        THE VENETIAN CASINO
Attorneys for Plaintiff KELLY GRAFTON      RESORT

8

9

10

11

12                                   **ORDER**

13

14        **IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), all

15    claims in this case are hereby dismissed, with prejudice, with each party to bear its own fees, costs

16    and expenses.

17        DATED: _ January 24, 2013.

18

19    _____
      UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

COGBURN LAW OFFICES
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
(702) 384-3616 FAX:(702) 943-1936