**COGBURN LAW OFFICES**
ANDREW L. REMPFER, ESQ.
Nevada Bar No. 8628
alr@cogburnlaw.com
LARSON A. WELSH, ESQ.
Nevada Bar No. 12571
lw@cogburnlaw.com
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
Tel: (702) 384-3616
Fax: (702) 943-1936
  Attorneys for Plaintiff TIMOTHY WEEKS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY WEEKS,<br><br>                    Plaintiff,<br><br>         vs.<br><br>THE VENETIAN CASINO RESORT, a limited liability company; DOES I thru X, inclusive; ROE CORPORATIONS I thru X, inclusive,<br><br>                    Defendants. | Case No: 2:11-cv-00540-PMP-CWH<br><br>**STIPULATION AND ORDER TO DIMSISS CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Timothy Weeks, an individual and Defendant The Venetian Casino Resort hereby stipulate to the dismissal of all

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

claims in this case, with prejudice, with each party to bear its own fees, costs, and expenses.

Page 1 of 2

DATED: January 24, 2013                     DATED: January 24, 2013

COGBURN LAW OFFICES                         SANTORO WHITMIRE, LTD.


s/ Larson A. Welsh Esq.                     /s/ James Whitmire
Andrew L. Rempfer, Esq.                     James Whitmire, Esq.
Nevada Bar No. 8628                         Nevada Bar No. 6533
Larson A. Welsh, Esq.                       10001 Park Run Drive
Nevada Bar No. 12517                        Las Vegas, NV 89145
2879 St. Rose Parkway, Suite 200            Attorneys for Defendant
Henderson, NV 89052                         THE VENETIAN CASINO
Attorneys for Plaintiff KELLY GRAFTON       RESORT

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), all claims in this case are hereby dismissed, with prejudice, with each party to bear its own fees, costs and expenses.

DATED: _January 24, 2013.

_____
UNITED STATES DISTRICT JUDGE

**COGBURN LAW OFFICES**
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
(702) 384-3616 FAX:(702) 943-1936